958

No. 565. UNITED STATES v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. Appeal from the Supreme Court of Kansas. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States. *Harry L. Hobson* for appellees.

No. 409. BOYNTON v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari granted. *Martin A. Martin, Clarence W. Newsome, Thurgood Marshall, Constance Baker Motley* and *Jack Greenberg* for petitioner. *A. S. Harrison, Jr.,* Attorney General of Virginia, and *R. D. McIlwaine III,* Assistant Attorney General, for respondent.

No. 631. POLITES v. UNITED STATES. C. A. 6th Cir. Certiorari granted. *Geo. W. Crockett, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 603. KNETSCH ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari granted. *W. Lee McLane, Jr.* and *Nola M. McLane* for petitioners. *Solicitor General Rankin* for the United States.

No. 605. UNITED STATES v. HOUGHAM ET AL. C. A. 9th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States. *W. E. James* for respondents.